UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DELMER JOEL SORIANO VASQUEZ #A221-471-877** | **CASE NO. 3:25-CV-01629 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SCOTT LADWIG ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT OF DISMISSAL**

Considering the Motion to Dismiss Petition [Doc. No. 7] filed by Petitioner, Delmer Joel Soriano Vasquez ("Petitioner"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED**, and all claims filed by Petitioner against Respondents are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 28th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE